**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STRIKE 3 HOLDINGS, LLC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 22-350** |
| | : | |
| **JOHN DOE SUBSCRIBER ASSIGNED** | : | |
| **IP ADDRESS 71.230.127.99** | : | |

# ORDER

**AND NOW**, this 18th day of March 2022, upon considering Plaintiff's Notice of Voluntary Dismissal (ECF Doc. No. 7), it is **ORDERED:**

1. This action is **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(i); and,

2. The Clerk of Court shall **close** this case.

*[signature]*
**KEARNEY, J.**